FILED

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0491

CITY OF HELENA,

     Plaintiff and Appellee,

v.

FRANK HALLBERG,

     Defendant and Appellant.

O R D E R

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on December 21, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

First, Montana Rule of Appellate Procedure 10(2) requires that all briefs in criminal cases appealed by the defendant shall be served on the Attorney General. The Certificate of Service on Appellant's Brief indicates that it was not served on the Attorney General.

Second, Montana Rule of Appellate Procedure 13(2) requires that an original, signed brief be filed with the Clerk of the Supreme Court. Appellant's Brief was unsigned.

Third, Montana Rule of Appellate Procedure 11(4)(e), requires the attachment of a Certificate of Compliance stating the document's line spacing and either: (1) the document is proportionately spaced, together with the typeface, point size, and word count; or (2) the document uses a monospaced typeface, together with the number of characters per inch and word count, or, the number of counted pages, pursuant to section (4)(b) or (c) of the rule must be attached to a brief. Appellant's Brief did not include a Certificate of Compliance.

Finally, Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or

decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained in an appellant's brief to this Court. Appellant's Brief did not comply with this rule.

Therefore,

IT IS ORDERED that within ten days of the date of this Order the Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Appellant and to all parties of record.

DATED this 22nd day of December, 2023.

For the Court,


By_____
Justice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
December 22 2023